IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SANDRA JACOBS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:09-cv-253-TFM |
| | ) | |
| NCO FINANCIAL SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Plaintiff has filed a notice of voluntary dismissal of her claims in this action (Doc. 9, filed 5/28/09). No defendant has answered or filed a motion for summary judgment. Thus, plaintiff is entitled to dismiss this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), which permits voluntary dismissal by plaintiffs without further order of the Court. Accordingly, it is **ORDERED** that the Clerk is **DIRECTED** to close this civil action in accordance with plaintiff's notice of dismissal.

DONE this 29th day of May, 2009.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE